# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA**

08 MAR 14 AM 11:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DON MANUEL FOODS, LLC,

Plaintiff.

vs

MANUEL CISNEROS ROMERO; BERTHA ALICIA SALCEDO LOPEZ; OPERADORA de COCINAS En MEXICO S.A. de C.V.; MIGUEL LANZ,

Defendants.

**SUMMONS IN A CIVIL ACTION**

BY: DEPUTY

Case No. '08 CV 0475 J WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donald A. Vaughn, Esq.
VAUGHN & VAUGHN
501 West Broadway, Suite 750
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/14/08
DATE

By C. PUTTMANN Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)