Frank L. Tobin, Esq. (Bar No. 166344)
flt@procopio.com
Barry F. Soalt, Esq. (Bar No. 171651)
bfs@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendants MANUEL CISNEROS ROMERO, an individual; and OPERADORA de COCINAS En MEXICO S.A. de C.V., a business entity

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DON MANUEL FOODS, LLC, a Nevada limited liability company,

Plaintiff,

v.

MANUEL CISNEROS ROMERO, an individual; BERTHA ALICIA SALCEDO LOPEZ, an individual; OPERADORA de COCINAS En MEXICO S.A. de C.V., a business entity; MIGUEL LANZ, an individual,

Defendants.

Case No.: 08-CV-0475 J (WMc)

**STIPULATION EXTENDING TIME FOR DEFENDANTS MANUEL CISNEROS ROMERO AND OPERADORA DE COCINAS EN MEXICO S.A. DE C.V. TO RESPOND TO COMPLAINT**

Complaint filed: March 14, 2008

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that Defendants MANUEL CISNEROS ROMERO and OPERADORA de COCINAS En MEXICO S.A. de C.V.'s time to respond to Plaintiff's complaint is extended through and including Tuesday, April 22, 2008.

///

///

///

///

///

DATED: April 3, 2008

VAUGHN & VAUGHN

By: /s/ Donald A. Vaughn
Donald A. Vaughn, Esq.
Micah Myrmo, Esq.
Attorneys for Plaintiff
DON MANUEL FOODS, LLC

DATED: April 3, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Barry F. Soalt
Frank L. Tobin, Esq.
Barry F. Soalt, Esq.
Attorneys for Defendants
MANUEL CISNEROS ROMERO and OPERADORA de COCINAS En MEXICO S.A. de C.V.