# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DON MANUEL FOODS, LLC, a Nevada Limited liability company,

Plaintiff,

vs.

MANUEL CISNEROS ROMERO, an individual; BERTHA ALICIA SALCEDO LOPEZ, an individual; OPERADORA de CONCINAS En MEXICO S.A. de C.V., a business entity; MIGUEL LANZ, an individual,

Defendants.

CASE NO. 08cv0475-LAB (WMc)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

[Dkt No. 4]

The parties stipulate to an extension of the time for defendants to respond to the Complaint in this action, through and including April 22, 2008. Although no explanation is given for the request, the joint motion is **GRANTED**. However, no future requests will be entertained for modification of deadlines or other relief from rules of court absent a showing of good cause for the request.

**IT IS SO ORDERED**.

DATED: April 4, 2008

[signature]

HONORABLE LARRY ALAN BURNS
United States District Judge