Frank L. Tobin, Esq. (Bar No. 166344)
flt@procopio.com
Barry F. Soalt, Esq. (Bar No. 171651)
bfs@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

Attorneys for Defendants MANUEL CISNEROS ROMERO, an individual; and OPERADORA de COCINAS En MEXICO S.A. de C.V., a business entity

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DON MANUEL FOODS, LLC, a Nevada limited liability company,

Plaintiff,

v.

MANUEL CISNEROS ROMERO, an individual; BERTHA ALICIA SALCEDO LOPEZ, an individual; OPERADORA de COCINAS En MEXICO S.A. de C.V., a business entity; MIGUEL LANZ, an individual,

Defendants.

Case No.: 08-CV-0475 LAB (WMc)

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS MANUEL CISNEROS ROMERO AND OPERADORA DE COCINAS EN MEXICO S.A. DE C.V. TO RESPOND TO COMPLAINT**

Complaint filed: March 14, 2008

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Plaintiff, DON MANUEL FOODS, LLC, and Defendants, MANUEL CISNEROS ROMERO and OPERADORA de COCINAS En MEXICO S.A. de C.V., by and through their respective counsel, and jointly move this Court for an extension of time for Defendants, MANUEL CISNEROS ROMERO and OPERADORA de COCINAS En MEXICO S.A. de C.V. to respond to Plaintiff's complaint through and including Wednesday, May 7, 2008.

The parties are currently engaged in negotiations to resolve various claims related to this action and the extension of time for Defendants to respond to the complaint requested herein will allow the parties sufficient time to exchange draft settlement proposals.

Having shown good cause, the parties respectfully request that the extension of time for Defendants to respond to the complaint requested herein be granted.

DATED: April 22, 2008

VAUGHN & VAUGHN

By: /s/ Donald A. Vaughn
Donald A. Vaughn, Esq.
Micah Myrmo, Esq.
Attorneys for Plaintiff
DON MANUEL FOODS, LLC

DATED: April 22, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Frank L. Tobin
Frank L. Tobin, Esq.
Barry F. Soalt, Esq.
Attorneys for Defendants
MANUEL CISNEROS ROMERO and
OPERADORA de COCINAS En MEXICO
S.A. de C.V.