# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MANUEL FOODS, LLC, a Nevada Limited liability company,<br>Plaintiff,<br>vs.<br>MANUEL CISNEROS ROMERO, an individual; BERTHA ALICIA SALCEDO LOPEZ, an individual; OPERADORA de CONCINAS En MEXICO S.A. de C.V., a business entity; MIGUEL LANZ, an individual,<br>Defendants. | CASE NO. 08cv0475-LAB (WMc)<br>**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>[Dkt No. 6] |

The parties stipulate a second time to request an extension of the time for defendants to respond to the Complaint in this action, through and including May 7, 2008. They represent they are engaged in negotiations to resolve various claims and request the additional time to permit an exchange of draft settlement proposals. For good cause shown, the joint motion is **GRANTED**.

**IT IS SO ORDERED**.

DATED: April 23, 2008

[signature]

HONORABLE LARRY ALAN BURNS
United States District Judge