# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DON MANUEL FOODS, LLC, a Nevada Limited liability company,

Plaintiff,

vs.

MANUEL CISNEROS ROMERO, an individual; BERTHA ALICIA SALCEDO LOPEZ, an individual; OPERADORA de CONCINAS En MEXICO S.A. de C.V., a business entity; MIGUEL LANZ, an individual,

Defendants.

CASE NO. 08cv0475-LAB (WMc)

**ORDER GRANTING THIRD JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

[Dkt No. 8]

The parties jointly move for a third extension of time for defendants to respond to the Complaint in this action, filed March 14, 2008. They represent their efforts to engage in effective settlement communications have been limited recently, as plaintiff has been traveling "out of town" and Defendants are located in Mexico, although they are represented by local counsel. For good cause shown, the motion to extend defendants' deadline to respond to the Complaint from May 7, 2008 through and including May 30, 2008 is **GRANTED**. The court will entertain no further requests to extend the time for defendants to respond to the Complaint.

**IT IS SO ORDERED.**

DATED: May 8, 2008

Larry A. Burns

**HONORABLE LARRY ALAN BURNS**
United States District Judge