UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MANUEL FOODS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL CISNEROS ROMERO, an individual, et al.,<br><br>Defendants. | Case No. 08-cv-475 LAB (WMc)<br><br>**AMENDED NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

At Plaintiff's request, the Early Neutral Evaluation Conference for this matter will be held **TELEPHONICALLY** on **July 3, 2008** at **9:00 a.m.** THE COURT WILL INITIATE THE CALL ON THE DAY AND AT THE TIME INDICATED ABOVE. Attorneys only need appear on the call. The Court will contact counsel using the official contact telephone numbers listed on the docket. If counsel wish the call to be placed to a different number other than what is listed on the docket, they may contact chambers with an alternate telephone

///

///

number no later than 48 hours before the teleconference at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: June 24, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD