UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MANUEL FOODS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL CISNEROS ROMERO, an individual, et al.,<br><br>Defendants. | Case No. 08-cv-475 LAB (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On July 3, 2008, the Court held a telephonic Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Donald Vaughn, Esq. Appearing for Defendants was Frank Tobin, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before ***July 28, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***August 1, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery

and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before ***August 13, 2008***;

4. The Court will hold a *telephonic* status conference on **August 29, 2008 at 9:00 a.m.** Only attorneys need appear on the call. **Defendants' counsel** is ordered to contact opposing counsel on the day and at the time indicated above and then initiate a **joint** call to the Court at (619) 557-6624..

5. Counsel **and parties with full settlement authority** are ordered to appear ***on September 5, 2008*** at ***9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a **full-day Settlement and Case Management Conference** pursuant to Federal Rule of Civil Procedure 16(b). Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: July 3, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD